```
1  HELANE L. MORRISON (Cal. Bar No. 127752)
   JOHN S. YUN (Cal. Bar No. 112260)
2    yunj@sec.gov
   ROBERT S. LEACH (Cal Bar No. 196191)
3    leachr@sec.gov
   XAVIER CARLOS VASQUEZ (Cal. Bar No. 194644)
4    vasquezc@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, 26th Floor
   San Francisco, California 94104
7  Telephone: (415) 705-2500
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD SEWON EHEE,<br><br>Defendant. | Case Nos.<br>C 07-02507 SI<br>C-07-02508 SI<br>C 07-02509 SI<br><br>CERTIFICATE OF SERVICE |
|---|---|

I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party to this action. On May 18, 2007, I served the following documents:

**ADMINITRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**RELATED CASE ORDER**

**NOTICE**

**JOINT STATEMENT FOR STATUS CONFERENCE**

I served true and correct copies via **U.S. MAIL** addressed to the following:

Ismail Ramsey, Esq.
Ramsey & Ehrlich LLP
803 Hearst Ave.
Berkeley, CA 94710
Attorney for Defendants Viper Capital Management, LLC,
Compass Fund Management, LLC, and Edward Sewon Ehee and
Relief Defendants Compass West Fund, LP, Viper Founders Fund, LP and Viper Investments, L.P.

Albert Ehee
8449 Canterberry Dr.
Burr Ridge, IL 60527
Pro se relief defendant

Jennifer Ehee
6122 Acacia Ave.
Oakland, CA 94618
Pro se relief defendant

Thomas B. Mayhew
Farella Braun & Martel
235 Montgomery St., 30th Floor
San Francisco, Ca 94104
Attorney for Relief Defendant Robert Ehee

Arthur Greenspan, Esq.
Richards, Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281
Attorney for Relief Defendant Robert Ehee

James D. Wood
Law Offices of James D. Wood
3675 Mt. Diablo Blvd., #250
Lafayette, CA 94549-3775
Counsel for Debtor Edward Sewon Ehee

Christopher M. Desiderio
Nixon Peabody LLP
437 Madison Ave.
New York, NY 10022-7001
Counsel for Petitioning Creditor Roosevelt Fund, L.P.

James S. Monroe
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, Ca 94111-3996
Counsel for Petitioning Creditor Roosevelt Fund, L.P.

1  Richard C. Pedone
   Nixon Peabody LLP
2  100 Summer St.
   Boston, MA  02110-2131
3  Counsel for Petitioning Creditor Roosevelt Fund, L.P.

4  Alan Steven Wolf
   Daniel K. Fujimoto
5  Th Wolf Law Firm
   38 Corporate Park
6  Irvine, CA  92606
   Attorney for Creditor EMC Mortgage Corporation

7

8  Laurent Chen
   Office of the U.S. Trustee
   1301 Clay St.
9  Oakland, CA  94612

10 eCast Settlement Corporation
   P.O. Box 35480
11 Newark, NJ  07193-5480

12 Reidun Stromsheim
   Law Offices of Reidun Stromsheim
13 201 California St., Ste. 350
   San Francisco, CA 94111
14 Counsel for Trustee Lois I. Brady

15

16 I declare under penalty of perjury that the foregoing is true and correct.

17 Executed at San Francisco, California on May 18, 2007.

18

19                                      _____
                                        Janet L. Johnston
20