UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: May 25, 2007

Case No.   C-06-7270.e-SI          Judge:   SUSAN ILLSTON

Title: AAG ROOSEVELT FUND -v- EDWARD EHEE

and Related Cases:

Case No.   C-06-6966-SI   SEC v. VIPER
           C-07-2507-SI   SEC v. EHEE
           C-07-2508-SI   SEC v. EHEE
           C-07-2509-SI   SEC v. ROOSEVELT

Attorneys:   Plaintiff:   Richard Pedone (appearing by phone), in Case No. 06-7270
                          Carlos Vasquez, John Yun, for plaintiff SEC in related cases
             Defendant:   Edward Ehee (appearing pro se, in Case No. 06-7270)
                          James Wood, for Edward Ehee, in the related cases
                          Ismail Ramsey, for Edward Ehee, and Viper Capital, in C-06-6966
                          Reidun Stromsheim, for Bankruptcy Trustee Lois Brady
                          Saya Sanchez for Robert Ehee, in C-06-6966
                          Elliot Edelson for Richard Bradford

Deputy Clerk:  Edward Butler   Court Reporter: Juanita Gonzalez   Time in Court: 3:00- 3:20 p.m.

**PROCEEDINGS**

1)   Further Case Management Conference
2)
3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition : ( )GRANTED ( )DENIED ( )GRANTED/DENIED IN PART ( )SUBMITTED

Case continued to  **6/22/07 @ 2:30 p.m.** for Case Management Conference.
Joint Case Management Conference Papers due 1 week prior.

Case continued to  **6/22/07   @ 9:00 a.m.**   for Dispositive Motions
(Dispositive Motions due **[already filed]**, Opposition due **6/6/07**, Reply due **6/15/07** )

Case continued to                @ **3:30 p.m.**  for Pretrial Conference.
Pretrial Conference Papers due:

Case continued to_____ @ **8:30 a.m**   for Jury Trial (___ Days)

Discovery Cutoff: _____ Designate Experts by:_____
Rebuttal Expert Designation:_____ Expert Discovery Cutoff:_____

ORDERED AFTER HEARING:
SEC has filed a Motion to Withdraw Reference in the underlying bankruptcy case, and will file the motion in all the related cases.  Any Statements of Non-Opposition should be filed. If, after a ruling on the motion that results in the bankruptcy cases staying, the earliest case, C-06-6966, will be the lead case.  Any parties who have requested notices of filings in the cases should be notified of the Motion to Withdraw reference filing.  The motion will be heard 6/22/07, with possible status conference to follow in the afternoon.

cc: