James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663
E-Mail: jdw@jdwoodlaw.com

Attorney for Debtor Edward S. Ehee

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VIPER CAPITAL MANAGEMENT, *et al.*<br><br>Defendants.<br><br>AND RELATED ACTIONS | No. C 06-6966 SI<br><br>(Related Case Nos. C 06-7270 SI, C 07-2507 SI, C 07-2508 SI, C 07-2509 SI)<br><br>(Related Bankruptcy Cases: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T)<br><br>**EDWARD EHEE'S NON-OPPOSITION TO SECURITIES AND EXCHANGE COMMISSION'S MOTION TO WITHDRAW THE REFERENCE OF BANKRUPTCY CASES**<br><br>Date:    June 22, 2007<br>Time:    9:00 A.M.<br>Place:   450 Golden Gate Ave.<br>         San Francisco, CA<br>         Courtroom 10<br>Judge:   Hon. Susan Illston |

Edward Ehee, debtor in *In re Ehee*, U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, and a party in interest in *In re Compass Fund Management, LLC*, U.S. Bk. Ct. N.D. Cal. Chap. 7 Case No. 07-40129 and *In the Matter of Compass West Fund, L.P.*, U.S. Bk.

Ct. N.D. Cal. Chap. 7 Case No. 07-40130, by and through the undersigned counsel[1] gives notice of his NON-OPPOSITION to the motion of the Securities and Exchange Commission filed April 30, 2007 in connection with the foregoing three bankruptcy cases to withdraw the reference of the above-referenced bankruptcy cases from the bankruptcy court.

DATED: June 6, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for EDWARD S. EHEE

EheeNonOppoWithdrawRef070604_01.doc 6/6/07 JDW

---

[1] The undersigned counsel appears solely as counsel to Mr. Ehee in connection the three bankruptcy cases referenced herein and in connection with the Commission's related motion filed in connection therewith (C 07-2507 SI, C 07-2508 SI, C 07-2509 SI). The undersigned does not represent Mr. Ehee nor appear for him in either *Securities & Exchange Commission v. Viper Capital Management, LLC, et al.*, U.S. Dist. Ct. N.D. Cal. Case No. C-06-6966-SI or *AAG Roosevelt Fund, L.P. v. Edward Sewon Ehee, et al.*, U.S. Dist. Ct. N.D. Cal. Case No. C-06-7270 SI.

**PROOF OF SERVICE/ CERTIFICATE OF SERVICE**

Court:    U.S. Dist. Court N.D. Cal., San Francisco Div.

Case:    Securities And Exchange Commission, vs. Viper Capital Management, et al. and related actions, Case Nos. C 06-6966 SI, C 06-7270 SI, C 07-2507 SI, C 07-2508 SI, C 07-2509 SI

Date of Service:    June 6, 2007

I, the undersigned say:

I am and was at the time of the service hereinafter mentioned a citizen of the United States, over the age of eighteen years and not a party to the within entitled action or proceeding.

I am the member of the Bar or employed by the member of the bar named below.  I am familiar with the regular mail collection and processing practices of the business.  The business address is:  James D. Wood, Attorney at Law, 3675 Mt. Diablo Blvd., Ste. 250, Lafayette, CA  94549-3775.

On the date shown above, I served a copy of the documents listed below or on the attached exhibit on the parties in this action either by placing a true copy thereof in envelope(s) addressed as shown below or on the attached exhibit and on the same day, pursuant to ordinary business practices, by then sealing said envelope and depositing same for collection and mailing, with postage thereon fully prepaid, with the United States Postal Service at Half Moon Bay, California or by arranging for the alternative delivery mode described below.  There is delivery service by United States mail at the place so addressed and/or there is a regular communication by mail between the place of mailing and the place so addressed.

**Parties Served**

**Service by U.S. First Class Mail:**

U.S. Trustee :
Laurent Chen, Esq.
Office of the U.S. Trustee /Oak
1301 Clay St. #690N
Oakland, CA 94612-5231

Request for special notice in bankruptcy case
eCAST Settlement Corporation
POB 35480
Newark, NJ 07193-5480

Request for special notice in bankruptcy case 07-40126T
Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701

Pro se relief defendant in 06-06966:
Jennifer Ehee
6122 Acacia Ave.
Oakland, Ca  94618-1819

Pro se relief defendant in  06-06966:
Albert Ehee
8449 Canterberry Dr
Burr Ridge IL 60527-6954

**Alternate mode of service: Via E-mail only.**  See U.S. Dist. Ct. Civ. Local Rules 5-5(a)(1) and Gen Ord. 45:

Attorney for Trustee Lois I. Brady (Trustee for  Compass West, Bk. No. 07-40130:
Reidun Strømsheim
Strømsheim & Associates
201 California Street, Suite 350
San Francisco, California 94111
Email: rstromsheim@stromsheim.com

Attorney for Roosevelt Fund in bankruptcy cases:
James S. Monroe
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996
(415) 984-8200
Email: jmonroe@nixonpeabody.com

Attorney for Roosevelt Fund in bankruptcy cases:
Christopher M. Desiderio
Nixon Peabody LLP
437 Madison Ave.
New York, NY 10022-7001
Email: cdesiderio@nixonpeabody.com

Attorney for Roosevelt Fund in 06-07270:
Paul Joseph Byrne, Esq.
NIXON PEABODY, LLP
Two Embarcadero Center, 27th Floor
San Francisco, CA 94111
Email: pbyrne@nixonpeabody.com

Attorney for Roosevelt Fund in 06-07270:
Bruce E. Copeland
Nixon Peabody LLP
Two Embarcadero Center
Suite 2700
San Francisco, CA 94111-3996
415-984-8200
Fax: 415-984-8300
Email: bcopeland@nixonpeabody.com

| | |
|---|---|
| Attorney for SEC, 06-06966:<br>John S. Yun<br>Securities & Exchange Commission<br>44 Montgomery St., Suite 2600<br>San Francisco, CA 94104<br>415-705-2500<br>Fax: 415-705-2501<br>Email: yunj@sec.gov | Request for Special Notice (In re Ehee):<br>Alan S. Wolf, Esq.<br>The Wolf Firm, A Law Corporation<br>Attorneys for EMC Mortgage Corporation<br>38 Corporate Park<br>Irvine, CA 92606<br>Email: alan.wolf@wolffirm.com |
| Attorney for SEC, 06-06966:<br>Xavier Carlos Vasquez<br>Securities And Exchange Commission<br>44 Montgomery Street<br>Suite 1100<br>San Francisco, CA 94104<br>(415) 705-2321<br>Fax: 415-705-2501<br>Email: vasquezc@sec.gov | Attorney for Relief Defendant Robert Ehee in, 06-06966:<br>Thomas B. Mayhew<br>Farella Braun & Martel<br>235 Montgomery Street, 30th Fl.<br>San Francisco, CA 94104<br>415/954-4400<br>Fax: (415) 954-4480<br>Email: tmayhew@fbm.com |
| Attorney for SEC, 06-06966:<br>Helane Leslie Morrison<br>U.S. Securities & Exchange Commission<br>San Francisco District Office<br>44 Montgomery Street, Suite 2600<br>San Francisco, CA 94104<br>(415)705-2450<br>Fax: (415)705-2448<br>Email: morrisonh@sec.gov | Attorney for relief defendant Robert Ehee in 06-06966:<br>Arthur S. Greenspan, Esq.<br>Richards Kibbe & Orbe LLP<br>One World Financial Center<br>New York, NY 10281<br>212-530-1816<br>Fax: 917-344-8816<br>Email: agreenspan@rkollp.com |
| Attorney for SEC, 06-06966:<br>Robert S. Leach<br>U.S. Securities and Exchange Commission<br>44 Montgomery Street<br>Suite 1100<br>San Francisco, CA 94104<br>415-705-2500<br>Fax: 415-705-2501<br>Email: leachr@sec.gov | Counsel for Messrs. Bradford and Garman:<br>Eliot A. Adelson<br>Kirkland & Ellis LLP<br>555 California St.<br>San Francisco, CA 94104<br>Email: eadelson@kirkland.com |

Document(s) Served

**EDWARD EHEE'S NON-OPPOSITION TO SECURITIES AND EXCHANGE COMMISSION'S MOTION TO WITHDRAW THE REFERENCE OF BANKRUPTCY CASES**

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States of America on June 6, 2007.

/s/ James D. Wood
_____
James D. Wood

POS01.doc 6/6/07 JDW