James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California  94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663
E-Mail: jdw@jdwoodlaw.com

Attorney for Debtor Edward S. Ehee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VIPER CAPITAL MANAGEMENT, *et al.*<br><br>Defendants.<br><br>AND RELATED ACTIONS | No. C 06-6966 SI<br><br>(Related Case Nos. C 06-7270 SI, C 07-2507 SI, C 07-2508 SI, C 07-2509 SI)<br><br>(Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T)<br><br>**DECLARATION OF EDWARD EHEE IN SUPPORT OF EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION (ORIGINALLY FILED WITH U.S. BANKRUPTCY COURT ON JUNE 11, 2007)**<br><br>Date:     July 13, 2007<br>Time:    9:00 A.M.<br>Place:    450 Golden Gate Ave.<br>            San Francisco, CA<br>            Courtroom 10<br>Judge:   Hon. Susan Illston |

The undersigned hereby refiles the attached document originally filed with the U.S. Bankruptcy Court N.D. Cal. on June 11, 2007.

DATED: June 26, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for Debtor EDWARD S. EHEE

DECLARATION OF EDWARD EHEE, No. C 06-6966 SI

1  James D. Wood, St. Bar. No. 106936
   Attorney at Law
2  3675 Mount Diablo Boulevard, Suite 250
   Lafayette, California 94549-3775
3  Tel. (925) 284-9663
   Fax. (925) 283-9663
4
   Attorney for Debtor Edward S. Ehee
5

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| In re | Case No. 07-40126T |
|---|---|
| EDWARD SEWON EHEE, | (Involuntary Chapter 7) |
| Debtor. | **DECLARATION OF EDWARD EHEE IN SUPPORT OF EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION** |
| | Hearing: |
| | Date:    July 5, 2007<br>Time:    3:00 P.M.<br>Place:    1300 Clay Street<br>            Oakland, CA<br>            Courtroom 201<br>Judge:    Hon. Leslie J. Tchaikovsky |

EDWARD SEWON EHEE declares:

1.  I am the debtor in the above-captioned case.

///

///

2.Jennifer Ehee is my wife. Jennifer Ehee and I own the dwelling commonly known as 6122 Acacia Ave., Oakland, California. We have resided with our minor children at that property continuously at least since January 1, 2007.

I declare that the foregoing is true under penalty of perjury under the laws of the United States.

Executed on May 25, 2007.

/s/ Edward S. Ehee
_____
Edward S. Ehee

DEC. OF EDWARD EHEE IN SUP. OF EHEE'S MOT. FOR ORDER AUTH. HOMESTEAD DEC., Case No. 07-40126T-2-