1 | James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663
E-Mail: jdw@jdwoodlaw.com

Attorney for Debtor Edward S. Ehee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VIPER CAPITAL MANAGEMENT, *et al.*<br><br>Defendants.<br><br>AND RELATED ACTIONS | No. C 06-6966 SI<br><br>(Related Case Nos. C 06-7270 SI, C 07-2507 SI, C 07-2508 SI, C 07-2509 SI)<br><br>(Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T)<br><br>**CORRECTED NOTICE OF HEARING ON EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION (ORIGINALLY FILED WITH U.S. BANKRUPTCY COURT ON JUNE 11, 2007)**<br><br>Date:  July 13, 2007<br>Time:  9:00 A.M.<br>Place:  450 Golden Gate Ave.<br>   San Francisco, CA<br>   Courtroom 10<br>Judge:  Hon. Susan Illston |

The undersigned hereby refiles the attached document originally filed with the U.S. Bankruptcy Court N.D. Cal. on June 11, 2007.

DATED: June 26, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for Debtor EDWARD S. EHEE

CORRECTED NOTICE OF HEARING, No. C 06-6966 SI

James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California  94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663

Attorney for Debtor Edward S. Ehee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 07-40126T |
| EDWARD SEWON EHEE, | (Involuntary Chapter 7) |
| Debtor. | CORRECTED NOTICE OF HEARING ON EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION |
| | Hearing: |
| | Date:     July 5, 2007<br>Time:    3:00 P.M.<br>Place:   1300 Clay Street<br>            Oakland, CA<br>            Courtroom 201<br>Judge:  Hon. Leslie J. Tchaikovsky |

CORRECTED NOT. OF HEARING ON EHEE'S MOT. FOR
ORDER AUTH. HOMESTEAD DEC., Case No. 07-40126T

TO CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing has been scheduled on:

**"EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION"**

filed and served contemporaneously herewith and that such hearing will be held at the date, time, place and before the Judge listed below, or as soon thereafter as the matter may be heard:

    Date of Hearing: ........ July 5, 2007

    Time of Hearing: ....... 3:00 P.M.

    Place of Hearing: ....... Courtroom 201
                             1300 Clay Street
                             Oakland, California,

    Judge: ........................ Honorable Leslie
                                    Tchaikovsky, United
                                    States Bankruptcy Judge

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Local Rule 9014-1(c)(2) of the United States District Court for the Northern District of California, any objection to the requested relief must be filed and served upon the moving party at the address listed above, no later than five (5) days prior to the scheduled hearing date. Any objection must be accompanied by any declarations or memorandum of law the party objecting or requesting wishes to present in support of its position.

DATED: June 11, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for EDWARD S. EHEE

CORRECTED NOT. OF HEARING ON EHEE'S MOT. FOR ORDER AUTH. HOMESTEAD DEC., Case No. 07-40126T    -2-