James S. Monroe, Esq. (State Bar Number: 102328)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
E-mail: jmonroe@nixonpeabody.com

Attorneys for Creditor, Roosevelt Fund, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et al.,<br><br>Defendants,<br><br>and<br><br>COMPASS WEST FUND, LP, et al.<br><br>Relief Defendants. | Civil Action No. C-06-6966-SI<br><br>(Related Case Nos. C-07-2507-SI, C-07-2508-SI, and C-07-2509-SI)<br><br>**CERTIFICATE OF SERVICE** |
| In re:<br><br>EDWARD SEWON EHEE,<br><br>Debtor. | |
| In re:<br><br>COMPASS FUND MANAGEMENT,<br><br>Debtor. | |
| In re:<br><br>COMPASS WEST FUND L.P.,<br><br>Debtor. | |

CERTIFICATE OF SERVICE - CASE NO. C-06-6966

10608865.1

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111. On this date, I served the following document(s):

**NOTICE OF MOTION FOR JOINT ADMINISTRATION OF CASES;**
**MOTION FOR JOINT ADMINISTRATION OF CASES (ORIGINALLY FILED WITH THE BANKRUPTCY COURT ON APRIL 9, 2007);**
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JOINT ADMINISTRATION (ORIGINALLY FILED WITH THE BANKRUPTCY COURT ON APRIL 9, 2007);**
**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JOINT ADMINISTRATION (ORIGINALLY FILED WITH THE BANKRUPTCY COURT ON APRIL 9, 2007); and**
**[PROPOSED] ORDER ON MOTION FOR JOINT ADMINISTRATION AND REQUEST FOR A STATUS CONFERENCE**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__: <u>By First-Class Mail</u> — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

__X__: <u>By Electronic Service</u> — Under the normal course of business, copies of the above documents were transmitted electronically by the Court.

<u>Addressee(s)</u>

Edward Sewon Ehee
6122 Acacia Avenue
Oakland, CA 94618

Jennifer Ehee
6122 Acacia Avenue
Oakland, CA 94618

| | |
|---|---|
| James S. Monroe, Esq.<br>Law Office of Nixon Peabody<br>2 Embarcadero Center #2700<br>San Francisco, CA 94111 | Albert Ehee<br>c/o Andrew Ehee<br>8449 Canteberry Drive<br>Burr Ridge, Illinois 60527 |
| Alan Steven Wolf, Esq.<br>Danile K. Fujimoto, Esq.<br>The Wolf Law Firm<br>38 Corporate Park<br>Irvine, CA 92606 | Arthur Greenspan, Esq.<br>RICHARDS KIBBE & ORBE LLP<br>One World Financial Center<br>New York, NY 10281-1003 |
| Thomas B. Mayhew, Esq.<br>FARELLA BRAUN & MARTEL LLP<br>Russ Building<br>235 Montgomery St., 30th Flr.<br>San Francisco, CA 94104 | COMPASS WEST FUND, L.P.<br>c/o Edward Sewon Ehee,<br>its agent for service of process<br>6122 Acacia Avenue<br>Oakland, CA 94618 |
| COMPASS FUND MANAGEMENT, LLC<br>c/o Edward Sewon Ehee,<br>its agent for service of process<br>6122 Acacia Avenue<br>Oakland, CA 94618 | VIPER CAPITAL MANAGEMENT, LLC<br>c/o Edward Sewon Ehee,<br>its agent for service of process<br>6122 Acacia Avenue<br>Oakland, CA 94618 |
| VIPER FOUNDERS FUND. L.P.<br>c/o Edward Sewon Ehee,<br>its agent for service of process<br>6122 Acacia Avenue<br>Oakland, CA 94618 | James D. Wood<br>Law Offices of James D. Wood<br>3675 Mt. Diablo Blvd., #250<br>Lafayette, CA 94549 |
| Ismail Jomo Ramsey<br>Ramsey & Ehrlich LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710 | Laurent Chen, Esq.<br>U.S. Dept. of Justice<br>Office of the US Trustee<br>1301 Clay St., Suite 690n<br>Oakland, CA 94612 |

| | |
|---|---|
| eCast Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193 | Eliot A. Andelson<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104 |
| Reidun Stromsheim<br>Law Office of Reidun Stromshein<br>201 California St., Ste. 350<br>San Francisco, CA 94111 | USBC Manager<br>United States Bankruptcy Court<br>1300 Clay Street<br>P.O. box 2070<br>Oakland, CA 94612 |
| Helane L. Morrison<br>John S. Yun<br>Robert S. Leach<br>Xavier Carlos Vasquez<br>SECURITIES AND EXCHANGE COMMISSION<br>44 Montgomery St., 26th Floor | Judge Leslie Tchaikovsky<br>United States Bankruptcy Court<br>1300 Clay Street<br>P.O. Box 2070<br>Oakland, CA 94612 |
| Gilbert B. Weisman<br>Becket and Lee<br>P.O. Box 3001<br>Malvern, PA 19355 | Betty Ferrero<br>800 Mainberry Drive, #505<br>Madera, CA 93637 |
| Richard Garman<br>1 Madrona Street<br>Belvedere, CA 94920 | Tae Noh<br>6594 Gillis Drive<br>San Jose, CA 95120 |
| Ozcar Multi Strategies LLC<br>787 Seventh Ave., 3rd Floor<br>New York, NY 10019 | Labor Commissioner<br>1515 Clay Street, Room 801<br>Oakland, CA 94612 |

| | |
|---|---|
| U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA  94102 | State Board of Equalization<br>Collection Dept.<br>P.O. Box 942879-0001<br>Sacramento, CA  94279 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 27, 2007, at San Francisco, California.

_____
Carol C. Dowling