**United States District Court**
**For the Northern District of California**

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   SECURITIES AND EXCHANGE                Nos.   C 06-06966 SI; and
    COMMISSION,                                   C 07-02507 SI; C 07-02508 SI;
9                                                 C 07-2509 SI
                    Plaintiff,
10       v.                                **ORDER GRANTING SEC'S MOTION TO**
                                           **WITHDRAW BANKRUPTCY**
11  VIPER CAPITAL MANAGEMENT, LLC, et. al,  **REFERENCES**

12                  Defendants.
      and
13
    COMPASS WEST FUND, et al.,
14
                    Relief Defendants.
15  _____/

16

17          On June 22, 2007, the Court heard argument on plaintiff Securities and Exchange Commission's

18  motion to withdraw the bankruptcy references in related cases 07-2507, 07-2508 and 07-2509

19  (Bankruptcy Case Nos. 07-40126T, 07-40129, 07-40130).  Having considered the arguments of the

20  parties and the papers submitted, and for good cause shown, the Court GRANTS the SEC's motion to

21  withdraw the bankruptcy references.  This withdrawal is without prejudice to remanding the bankruptcy

22  cases, or portions thereof, to the bankruptcy court at a later date, should it become appropriate.  [Docket

23  No. 52 (Case No. 06-6966); Docket No. 1 (Case Nos. 07-2507, 07-2508, 07-2509)]

24

25          **IT IS SO ORDERED.**

26  Dated: June 22, 2007

27                                              _____
                                                SUSAN ILLSTON
28                                              United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California