1  James D. Wood, St. Bar. No. 106936
   Attorney at Law
2  3675 Mount Diablo Boulevard, Suite 250
   Lafayette, California 94549-3775
3  Tel. (925) 284-9663
   Fax. (925) 283-9663
4  E-Mail: jdw@jdwoodlaw.com

5  Attorney for Debtor Edward S. Ehee

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 06-6966 SI |
| Plaintiff, | (Related Case Nos. C 06-7270 SI, C 07-2507 SI, C 07-2508 SI, C 07-2509 SI) |
| vs. | (Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T) |
| VIPER CAPITAL MANAGEMENT, *et al.* | |
| Defendants. | **EDWARD EHEE'S OPPOSITION TO MOTION FOR JOINT ADMINISTRATION (ORIGINALLY FILED WITH U.S. BANKRUPTCY COURT ON APRIL 26, 2007)** |
| AND RELATED ACTIONS | |
| | Date:   July 13, 2007<br>Time:   9:00 A.M.<br>Place:  450 Golden Gate Ave.<br>         San Francisco, CA<br>         Courtroom 10<br>Judge:  Hon. Susan Illston |

The undersigned hereby refiles the attached document originally filed with the U.S. Bankruptcy Court N.D. Cal. on April 26, 2007.

DATED: June 27, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for Debtor EDWARD S. EHEE

EDWARD EHEE'S OPPOSITION TO MOTION FOR JOINT
ADMINISTRATION, No. C 06-6966 SI