Paul J. Byrne, Esq. (State Bar Number: 190860)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
E-mail: pbyrne@nixonpeabody.com

Richard Pedone (*Admitted Pro Hac Vice*)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110-2131
Tel: (617) 345-1000
Fax: (617) 345-1300
E-Mail: rpedone@nixonpeabody.com

Attorneys for Creditor, Roosevelt Fund, L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>          Plaintiff,<br>v.<br>VIPER CAPITAL MANAGEMENT, LLC, et. al,<br>          Defendants.<br>and<br>COMPASS WEST FUND, et al.,<br>          Relief Defendants. | Nos. C 06-06966 SI; 06-07270 SI and<br>C 07-02507 SI; C 07-02508 SI; C 07-02509 SI<br><br>**CERTIFICATE OF SERVICE** |
| In re:<br>EDWARD SEWON EHEE,<br>          Debtor. | |
| In re:<br>COMPASS FUND MANAGEMENT,<br>          Debtor. | |
| In re:<br>COMPASS WEST FUND L.P.,<br>          Debtor. | |

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111. On this date, I served the following document(s):

**ROOSEVELT FUND'S OPPOSITION TO EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

__X__ : By Electronic Service — Under the normal course of business, copies of the above documents were transmitted electronically by the Court.

Addressee(s)

| | |
|---|---|
| Edward Sewon Ehee<br>6122 Acacia Avenue<br>Oakland, CA 94618 | Jennifer Ehee<br>6122 Acacia Avenue<br>Oakland, CA 94618 |

Albert Ehee
c/o Andrew Ehee
8449 Canteberry Drive
Burr Ridge, Illinois 60527

| | |
|---|---|
| Alan Steven Wolf, Esq.<br>Danile K. Fujimoto, Esq.<br>The Wolf Law Firm<br>38 Corporate Park<br>Irvine, CA 92606 | Arthur Greenspan, Esq.<br>RICHARDS KIBBE & ORBE LLP<br>One World Financial Center<br>New York, NY 10281-1003 |
| Thomas B. Mayhew, Esq.<br>FARELLA BRAUN & MARTEL LLP<br>Russ Building<br>235 Montgomery St., 30th Flr.<br>San Francisco, CA 94104 | COMPASS WEST FUND, L.P.<br>c/o Edward Sewon Ehee,<br>its agent for service of process<br>6122 Acacia Avenue<br>Oakland, CA 94618 |
| COMPASS FUND MANAGEMENT, LLC<br>c/o Edward Sewon Ehee,<br>its agent for service of process<br>6122 Acacia Avenue<br>Oakland, CA 94618 | VIPER CAPITAL MANAGEMENT, LLC<br>c/o Edward Sewon Ehee,<br>its agent for service of process<br>6122 Acacia Avenue<br>Oakland, CA 94618 |
| VIPER FOUNDERS FUND. L.P.<br>c/o Edward Sewon Ehee,<br>its agent for service of process<br>6122 Acacia Avenue<br>Oakland, CA 94618 | James D. Wood<br>Law Offices of James D. Wood<br>3675 Mt. Diablo Blvd., #250<br>Lafayette, CA 94549 |
| Ismail Jomo Ramsey<br>Ramsey & Ehrlich LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710 | Laurent Chen, Esq.<br>U.S. Dept. of Justice<br>Office of the US Trustee<br>1301 Clay St., Suite 690n<br>Oakland, CA 94612 |
| eCast Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193 | Eliot A. Andelson<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104 |

| | |
|---|---|
| 1 | |
| 2 | Reidun Stromsheim — Law Office of Reidun Stromshein, 201 California St., Ste. 350, San Francisco, CA 94111 | USBC Manager, United States Bankruptcy Court, 1300 Clay Street, P.O. box 2070, Oakland, CA 94612 |

Reidun Stromsheim
Law Office of Reidun Stromshein
201 California St., Ste. 350
San Francisco, CA 94111

USBC Manager
United States Bankruptcy Court
1300 Clay Street
P.O. box 2070
Oakland, CA 94612

Helane L. Morrison
John S. Yun
Robert S. Leach
Xavier Carlos Vasquez
SECURITIES AND EXCHANGE
COMMISSION
44 Montgomery St., 26th Floor
San Francisco, CA 94104

Judge Leslie Tchaikovsky
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA 94612

Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355

Betty Ferrero
800 Mainberry Drive, #505
Madera, CA 93637

Richard Garman
1 Madrona Street
Belvedere, CA 94920

Tae Noh
6594 Gillis Drive
San Jose, CA 95120

Ozcar Multi Strategies LLC
787 Seventh Ave., 3rd Floor
New York, NY 10019

Labor Commissioner
1515 Clay Street, Room 801
Oakland, CA 94612

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102

State Board of Equalization
Collection Dept.
P.O. Box 942879-0001
Sacramento, CA 94279

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 6, 2007, at San Francisco, California.

*Carol C. Dowling* (signature)

Carol C. Dowling