# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### MAGISTRATE JUDGE BERNARD ZIMMERMAN
### CIVIL MINUTE ORDER

DATE: July 6, 2007 @ 9:00 a.m.

TIME: 20 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| SEC V. VIPER CAPITAL MGMT., et al. | C06-6966 SI (BZ) | ☒ REFERRAL |

| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): |
|---|---|
| John S. Yun; Carlos Vasquez | Ismail J. Ramsey, et al. For Ed Ehee<br>Arthur S. Greenspan - for Robert Ehee<br>Richard Padone - for AAG Roosevelt Fund<br>Stromshein - Compass West Fund |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: Not Recorded

### PROCEEDINGS

| | | | |
|---|---|---|---|
| ☐ | NONDISPOSITIVE MOTION | ☐ | INITIAL PRETRIAL CONFERENCE (CMC) |
| | ☐ CONTESTED | ☐ | DISCOVERY CONFERENCE |
| | ☐ UNCONTESTED | ☐ | SETTLEMENT CONFERENCE |
| ☐ | DISPOSITIVE MOTION | ☐ | FINAL PRETRIAL CONFERENCE |
| ☐ | EVIDENTIARY HEARING | ☐ | MOTION HEARING/ARGUMENT |
| ☐ | FEE APPLICATION | ☐ | IRS ENFORCEMENT ORDERS |
| ☒ | STATUS CONFERENCE | ☐ | OTHER: SPECIFY BELOW |

ORDER TO BE PREPARED BY: ☐ PLAINTIFF  ☐ DEFENDANT  ☐ COURT

CASE CONTINUED TO: Further Status Conference July 27, 2007

### NOTES