# CERTIFICATE OF SERVICE

In re: Edward Sewon Ehee
Case No: 07-40126 T

I, Avis Haynes, the undersigned, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 1301 Clay Street, Suite 690N, Oakland, California 94612.

On July 6, 2007, I served, by mail a copy of the following document(s):

**Limited Opposition of the United States Trustee to Motion for Joint Administration**

by enclosing a true and correct copy of said document(s) in an envelope with postage thereon fully prepaid, which envelope was then sealed and deposited in the United States mail at Oakland, California, addressed to each of the person(s) listed below:

| | |
|---|---|
| Edward Sewon Ehee<br>6122 Acacia Avenue<br>Oakland, CA 94618 | Alan Steven Wolf<br>Daniel J. Fujimoto<br>The Wolf Law Firm<br>38 Corporate Park<br>Irvine, CA 92606 |
| James D. Wood<br>Law Offices of James D. Wood<br>3675 Mt. Diablo Blvd. #250<br>Lafayette, CA 94549-3775 | eCast Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193-5480 |
| Ismail Ramsey, Esq.<br>Ramsey & Ehrlich LLP<br>803 Hearst Ave.<br>Berkeley, CA 94710 | Reidun Stromsheim<br>Law Offices of Reidun Stromsheim<br>201 California St., Ste. 350<br>San Francisco, CA 94111 |
| Roosevelt Fund, L.P.<br>c/o KS Global Advisors, Inc. #364<br>336 Bon Air Center<br>Greenbrae, CA 94904 | Xavier Carlos Vasquez<br>Securities and Exchange Commission<br>44 Montgomery Street, Ste. 2600<br>San Francisco, CA 94014 |
| James S. Monroe<br>Law Offices of Nixon Peabody<br>2 Embarcadero Center #2700<br>San Francisco, CA 94111-3996 | |
| Christopher M. Desiderio<br>Nixon Peabody LLP<br>437 Madison Ave.<br>New York, NY 10022-7001 | |
| Richard C. Pedone<br>Nixon Peabody LLP<br>100 Summer St.<br>Boston, MA 020110-2131 | |

Certificate of Service

1
2
3      I declare under penalty of perjury under the laws of the United States that
4  the above is true and correct.
5
6  Executed on: July 6, 2007                                  *Avis Haynes*
                                                              Avis Haynes
7
8
...
28

Certificate of Service                          - 2 -