HELANE L. MORRISON (CA Bar No. 127752)
JOHN S. YUN (yunj@sec.gov)
XAVIER CARLOS VASQUEZ (yunj@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Telecopy: (415) 705-2501

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VIPER CAPITAL MANAGEMENT, LLC,<br>COMPASS CAPITAL MANAGEMENT, LLC,<br>and EDWARD SEWON EHEE,<br><br>Defendants,<br><br>and<br><br>COMPASS WEST FUND, LP, VIPER<br>FOUNDERS FUND, LP, VIPER INVESTMENTS,<br>ALBERT EHEE, ROBERT EHEE and<br>JENNIFER EHEE,<br><br>Relief Defendants. | Civil Action No.<br>C-06-6966-SI<br><br>(Related to Case Nos. C-07-2507-SI, C-07-2508-SI and C-07-2509-SI)<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATEMENT OF NON-OPPOSITION TO EDWARD'S EHEE'S APPLICATION TO FILE HOMESTEAD DECLARATION**<br><br>Date: July 13, 2007<br>Time: 9:00 a.m.<br>Judge: Susan Illston<br>Courtroom: 10 |

P's Non-Opposition
Civ C-06-6966-SI

**PLAINTIFF'S NON-OPPOSITION**

On June 26, 2007, defendant Edward Ehee filed a motion in the *Securities and Exchange Commission v. Viper Capital Management, LLC, et al.*, Case No. C-06-6966-SI, proceeding (the "*SEC Enforcement Action*") for permission to file a homestead exemption for himself and his wife Jennifer Ehee that would cover any proceeds from the sale of their residence. Edward Ehee's motion specifically "requests that any relief this court authorizes pursuant to this motion expressly recognize that it does not modify, construe, or limit the effect of the District Court Injunction" that granted preliminary relief and an asset freeze in the *SEC Enforcement Action*. Edward Ehee's Moving Brief at 9.

Based upon that statement and conversations with Edward Ehee's bankruptcy counsel, the Commission understands that Edward Ehee's motion is not intended to circumvent the Court's prior order that all proceeds for the sale of the residence will be placed in either an escrow account or the court's registry. For the same reasons, the Commission also understands that the motion is not intended to limit any disgorgement obligation ordered by the Court as to Edward Ehee or agreed to as part of a settlement with the Commission. Based upon those understandings, the Commission therefore does not oppose the motion for permission to file a homestead exemption because the motion does not appear to be directed towards the Commission's interests or rights in the *SEC Enforcement Action*.

DATED: June 29, 2007

_____
Helane L. Morrison
John S. Yun
Xavier Carlos Vasquez
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

P's Non-Opposition
Civ C-06-6966-SI

1