1 | HELANE L. MORRISON (Cal. Bar No. 127752)
JOHN S. YUN (Cal. Bar No. 112260)
2 |   yunj@sec.gov
ROBERT S. LEACH (Cal Bar No. 196191)
3 |   leachr@sec.gov
XAVIER CARLOS VASQUEZ (Cal. Bar No. 194644)
4 |   vasquezc@sec.gov

5 | Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
6 | 44 Montgomery Street, 26th Floor
San Francisco, California 94104
7 | Telephone:  (415) 705-2500

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 |

| | |
|---|---|
| 12   SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. C-06-6966-SI |
| 13       Plaintiff, | |
| 14       vs. | (Related to Case Nos. C 07-02507 SI C-07-02508 SI C 07-02509 SI) |
| 15   VIPER CAPITAL MANAGEMENT, LLC, COMPASS CAPITAL MANAGEMENT, LLC, and 16   EDWARD SEWON EHEE, | |
| 17       Defendants, | CERTIFICATE OF SERVICE |
| 18    and | |
| 19   COMPASS WEST FUND, LP, VIPER FOUNDERS FUND, LP, VIPER INVESTMENTS, ALBERT 20   EHEE, ROBERT EHEE and JENNIFER EHEE, | |
| 21       Relief Defendants. | |

22 |

23 |

I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party to

24 | this action.  On July 6, 2007, I served the following documents:

25 |

26 | **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATEMENT OF NON-OPPOSITION TO EDWARD EHEE'S APPLICATION**
27 | **TO FILE HOMESTEAD DECLARATION**

28 |

I served true and correct copies via **U.S. MAIL** addressed to the following:

Ismail Ramsey, Esq.
Ramsey & Ehrlich LLP
803 Hearst Ave.
Berkeley, CA 94710
Attorney for Defendants Viper Capital Management, LLC,
Compass Fund Management, LLC, and Edward Sewon Ehee and
Relief Defendants Compass West Fund, LP, Viper Founders Fund, LP and Viper Investments,
L.P.

Albert Ehee
8449 Canterberry Dr.
Burr Ridge , IL 60527-6954
Pro se relief defendant

Jennifer Ehee
6122 Acacia Ave.
Oakland, CA 94618-1819
Pro se relief defendant

Thomas B. Mayhew, Esq.
Farella Braun & Martel
235 Montgomery St., 30th Floor
San Francisco, Ca 94104-3117
Attorney for Relief Defendant Robert Ehee

Arthur S.Greenspan, Esq.
Richards, Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281-1098
Attorney for Relief Defendant Robert Ehee

James D. Wood
Attorney at Law
3675 Mt. Diablo Blvd., Suite 250
Lafayette, CA 94549-3775
Counsel for Debtor Edward Sewon Ehee

Christopher M. Desiderio
Nixon Peabody LLP
437 Madison Ave.
New York, NY 10022-7001
Counsel for Petitioning Creditor Roosevelt Fund, L.P.

James S. Monroe, Esq.
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, Ca 94111-3996
Counsel for Petitioning Creditor Roosevelt Fund, L.P.

1    Richard C. Pedone, Esq.
     Nixon Peabody LLP
2    100 Summer St.
     Boston, MA 02110-2131
3    Counsel for Petitioning Creditor Roosevelt Fund, L.P.

4    Alan Steven Wolf, Esq.
     Daniel K. Fujimoto, Esq.
5    The Wolf Law Firm
     38 Corporate Park
6    Irvine, CA 92606-5105
     Attorney for Creditor EMC Mortgage Corporation
7
     Laurent Chen, Esq.
8    U.S. Dept. of Justice
     Office of the U.S. Trustee
9    1301 Clay St., Suite 690n
     Oakland, CA 94612-5231
10
     eCast Settlement Corporation
11   P.O. Box 35480
     Newark, NJ 07193-5480
12   Request for Special Notice in Bankruptcy Case

13   Eliot A. Adelson
     Kirkland & Ellis LLP
14   555 California St.
     San Francisco, CA 94104
15   Counsel for Messrs. Bradford and Garman

16   Reidun Stromsheim
     Law Offices of Reidun Stromsheim
17   201 California St., Ste. 350
     San Francisco, CA 94111-5936
18   Counsel for Trustee Lois I. Brady

19
     USBC Manager
20   United States Bankruptcy Court
     1300 Clay Street
21   P.O. Box 2070
     Oakland, CA 94612-2070
22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. C 06-6966 SI

1

2

3

4

Judge Leslie Tchaikovsky
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA  94612-2070

5

6

7

Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA  19355-0701
Request for special notice in bankruptcy case 07-40126T

8

9

10

Betty Ferrero
800 Mainberry Drive. #505
Madera, CA  93637-3325
Unsecured creditor list

11

12

13

Richard Garman
1 Madrona Street
Belvedere, CA  94920
Unsecured creditor list

14

15

16

Tae Noh
6594 Gillis Drive
San Jose, CA  95120-4625
Unsecured creditor list

17

18

19

Ozcar Multi Strategies LLC
787 Seventh Avenue, 3rd Floor
New York, NY  10019-6146
Unsecured creditor list

20

21

22

Labor Commissioner
1515 Clay St., Room 801
Oakland, CA  94612-1463
Gov. agency listed in all bankruptcy cases

23

24

25

26

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA  94102-3495
Gov. agency listed in all bankruptcy cases

27

28

CERTIFICATE OF SERVICE
Case No. C 06-6966 SI

State Board of Equalization
Collection Dept.
P.O. Box 942879-0001
Sacramento, CA  94279-0001

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on July 6, 2007.

*Janet L. Johnston*

Janet L. Johnston

CERTIFICATE OF SERVICE
Case No. C 06-6966 SI