MINNIE LOO, Assistant United States Trustee (SBN 106613)
MARGARET H. MCGEE (SBN 142722)
MATTHEW R. KRETZER (SBN 157949)
LAURENT CHEN (SBN 191661)
United States Department of Justice
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone: (510) 637-3200

Attorneys for Acting United States Trustee
SARA L. KISTLER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. C 07-02507 SI |
| ) | |
| COMPASS FUND MANAGEMENT, LLC., ) | (previously Bankruptcy Court |
| ) | Case No. 07-40129 T |
| Debtor. ) | reference withdrawn 22 June 2007) |
| ) | |

## APPOINTMENT OF INTERIM TRUSTEE

WHEREAS, an *Order for relief in involuntary case* was entered against Debtor Compass Fund Management, LLC. on 17 April 2007; and

WHEREAS, Paul Mansdorf is appointed interim Trustee of the Estate of said Debtor by the Office of the United States Trustee under 11 U.S.C. § 701, and

WHEREAS, the appointment of Paul Mansdorf as Trustee has been approved for said estate,

DEBTOR, pursuant to 11 U.S.C. § 521, shall provide the Trustee herein with bank statements, canceled checks, tax returns or other documents relating to the property of the estate upon request of the Trustee within five (5) days of any said request.

PURSUANT to this appointment, Paul Mansdorf and LIBERTY MUTUAL INSURANCE COMPANY, relative to the Estate listed in this appointment, shall be held and bound by the bond executed by them, approved by the U. S. Trustee and filed with the Office of the United States Trustee and the Court (attached).

Dated: 13 July 2007                                     Minnie Loo
                                                        Minnie Loo
                                                        Assistant United States Trustee