# CERTIFICATE OF SERVICE

In re: Compass Fund Management, LLC
Civil Action No. C-07-02507-SI
(Bankruptcy Case No: 07-40129 T)

I, Nikhil Cooper, the undersigned, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 1301 Clay Street, Suite 690N, Oakland, California 94612.

On July 13, 2007 I served, by mail a copy of the following document(s):

**Appointment of Interim Trustee**

by enclosing a true and correct copy of said document(s) in an envelope with postage thereon fully prepaid, which envelope was then sealed and deposited in the United States mail at Oakland, California, addressed to each of the person(s) listed below:

**Debtor:**
Compass Fund Management, LLC
6122 Acacia Avenue
Oakland, CA 94618

**Debtor's Attorney**
Ismail Jomo Ramsey
Ramsey and Ehrlich LLP
803 Hearst Avenue

**Petitioning Creditor**
Roosevelt Fund, L.P., Petitioner
c/o KS Global Advisors, Inc.
336 Bon Air Center, #364
Greenbrae, CA 94904

**Attorney for Petitioning Creditor**
James S. Monroe
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996

**Attorney for SEC**
Xavier Carlos Vasquez
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

**Trustee**
Paul Mansdorf
1563 Solano Ave. #703
Berkeley, CA 94707

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on: July 13, 2007                                   Nikhil Cooper
                                                             Nikhil Cooper

Certificate of Service: C 07-02507 SI