```
 1  MINNIE LOO, Assistant United States Trustee (SBN 106613)
    MARGARET H. MCGEE (SBN 142722)
 2  MATTHEW R. KRETZER (SBN 157949)
    LAURENT CHEN (SBN 191661)
 3  United States Department of Justice
    Office of the United States Trustee
 4  1301 Clay Street, Suite 690N
    Oakland, California 94612-5231
 5  Telephone: (510) 637-3200

 6  Attorneys for Acting United States Trustee
    SARA L. KISTLER
 7
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re | ) | Case No. C 07-02507 SI |
|---|---|---|
| COMPASS FUND MANAGEMENT, LLC., | ) ) ) | (previously Bankruptcy Court Case No. 07-40129 T |
| Debtor. | ) ) | reference withdrawn 22 June 2007) |

## CERTIFICATE OF SERVICE

I, Nikhil Cooper, the undersigned, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 1301 Clay Street, Suite 690N, Oakland, California 94612.

On July 16, 2007 I served, by mail a copy of the **Appointment of Interim Trustee** by enclosing a true and correct copy of said document(s) in an envelope with postage thereon fully prepaid, which envelope was then sealed and deposited in the United States mail at Oakland, California, addressed to each of the person(s) listed below:

**Debtor's Attorney**
Ismail Jomo Ramsey
Ramsey and Ehrlich LLP
803 Hearst Avenue
Berkeley, CA 94710

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on:   July 16, 2007          Nikhil Cooper
                                      Nikhil Cooper

Certificate of Service: C 07-02507 SI