BOND # 016030864

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
BLANKET BOND OF TRUSTEES UNDER CHAPTER 7
AND LIQUIDATING CHAPTER 11'S
TITLE 11, UNITED STATES BANKRUPTCY CODE

**KNOW ALL MEN BY THESE PRESENTS:**

That we, the Principals listed in Schedule "A" attached hereto, and those who may from time to time be added to said schedule, by amendment, and **LIBERTY MUTUAL INSURANCE COMPANY**, a corporation duly licensed to do business in the States of California and Nevada, as Surety, are held and firmly bound unto the United States of America in the amounts stated in said schedule as to each named principal, in lawful money of the United States, to be paid to the United States, for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators and successors firmly by these presents. Each individual trustee shall be liable only for his/her individual acts.

**THE CONDITION OF THIS OBLIGATION IS SUCH THAT:**

**WHEREAS,** the United States Bankruptcy Court for the Northern District of California or the United States Trustee for Region 17 has appointed or will appoint Trustees in cases commenced under Chapter 7, Title 11, or Liquidating Chapter 11, of the United States Bankruptcy Code: and

**WHEREAS,** the said Principals listed in Schedule "A" or any Principal subsequently added thereto by amendment may hereafter be appointed to serve as such Trustee in one or more such cases.

**NOW THEREFORE,** if the said Principals listed in Schedule "A" attached or any Principal(s) subsequently added thereto as Trustee as aforesaid shall obey such orders as the United States Bankruptcy Court, any of the Judges of such court ot the United States Trustee may make in relation to the trust undertaken by said Trustee, and said Trustee shall faithfully and truly account for all moneys, assets and effects of the estate in each case in which he or she has been appointed or will be appointed, and shall in all respects faithfully perform all his or her official duties as Trustee, then this obligation to be void; otherwise, to remain in full force and effect.

The liability of the Surety hereunder shall not exceed the amount stated in said Schedule "A" for any one case as to each named principal, or the aggregate amount stated in said Schedule "A" as to each named principal for all cases on which claims are asserted as to each named principal regardless of the number of cases involved. The Surety's liability in each case covered by the bond shall become effective on the date of this bond.

This bond shall remain in full force and effect with respect to all cases pending in this court, in which the said Principals listed in Schedule "A" attached or subsequently added, thereto have been appointed, until the Surety has terminated further liability by serving ninety (90) days written notice of cancellation to the Chief Judge, United States Bankruptcy Court, Northern District of California, Clerk, United States Bankruptcy Court, Northern District of California, and the United States Trustee for Region 17.

**SIGNED AND SEALED THIS 7TH DAY OF JANUARY, 2004.**

**THIS BOND IS EFFECTIVE THE 1ST DAY OF JANUARY, 2004.**

LIBERTY MUTUAL INSURANCE COMPANY

BY: *Eloise B. Farnsworth*
ELOISE B. FARNSWORTH
ATTORNEY-IN-FACT

ACCEPTED: _____
U. S. Trustee's Office
Northern District of California

SCHEDULE "A"

THIS SCHEDULE "A" IS ATTACHED TO AND MADE A PART OF CHAPTER 7 BLANKET BOND # 016030864 DATED THE 1ST DAY OF JANUARY, 2004 AND FILED WITH THE U. S. BANKRUPTCY COURTS FOR THE NORTHERN DISTRICTS OF CALIFORNIA AND WITH THE U. S. TRUSTEE FOR REGION 17 AND IS EFFECTIVE JANUARY 1ST, 2004

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| PRINCIPAL | PER CASE LIMIT | AGGREGATE LIMIT PER TRUSTEE |
|---|---|---|
| LOIS I. BRADY | $5,000,000 | $ 11,500,000.00 |
| WILLIAM H. BROACH | " | 5,700,000.00 |
| JOHN T. KENDALL | " | 8,800,000.00 |
| RICHARD J. SPEAR | " | 1,400,000.00 |
| RUTH E. STRICKLING | " | 2,850,000.00 |
| TEVIS T. THOMPSON, JR | " | 11,500,000.00 |

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO AND SANTA ROSA DIVISIONS)

| PRINCIPAL | PER CASE LIMIT | AGGREGATE LIMIT PER TRUSTEE |
|---|---|---|
| ROBERT M. DAMIR | $5,000,000.00 | $   420,000.00 |
| BRIAN A. HOLT | " | 12,300,000.00 |
| JEFFRY G. LOCKE | " | 11,500,000.00 |
| E. LYNN SCHOENMANN | " | 21,000,000.00 |
| LINDA S. SCHUETTE | " | 1,700,000.00 |
| CHARLES E. SIMS | " | 19,600,000.00 |
| EDWARD M. WALSH | " | 50,000.00 |

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| PRINCIPAL | PER CASE LIMIT | AGGREGATE LIMIT PER TRUSTEE |
|---|---|---|
| DAVID A. BRADLOW | $5,000,000.00 | $ 4,000,000.00 |
| WILLIAM A. BRANDT, JR. | " | 500,000.00 |
| RICHARD G. COUCH | " | 970,000.00 |
| SUZANNE L. DECKER | " | 19,300,000.00 |
| RICHARD K. DIAMOND | " | 560,000.00 |
| MOHAMED POONJA | " | 9,500,000.00 |
| JOHN W. RICHARDSON | " | 8,500,000.00 |
| JEROME E. ROBERTSON | " | 6,100,000.00 |
| CAROL W. WU | " | 5,000,000.00 |

THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.

Case 3:07-cv-02507-SI   Document 41-3   Filed 07/16/2007   Page 4 of 4

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

## LIBERTY MUTUAL INSURANCE COMPANY
### BOSTON, MASSACHUSETTS

### POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS:

That Liberty Mutual Insurance Company (the "Company"), a Massachusetts stock insurance company, pursuant to and by authority of the By-law and Authorization hereinafter set forth, does hereby name, constitute and appoint **DARLENE A. BORNT, LINDA A. BOURGEOIS, ELOISE B. FARNSWORTH, CLARK P. FITZ-HUGH, TUCKER R. FITZ-HUGH, CATHERINE C. KEHOE, ELIZABETH C. LABAT, KATHERINE B. WERNER, ALL OF THE CITY OF NEW ORLEANS, STATE OF LOUISIANA**........................................., each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations in the penal sum not exceeding **TWO HUNDRED MILLION********DOLLARS ($200,000,000.00********)** each, and the execution of such undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents, shall be as binding upon the Company as if they had been duly signed by the president and attested by the secretary of the Company in their own proper persons.

That this power is made and executed pursuant to and by authority of the following By-law and Authorization:

ARTICLE XIII - Execution of Contracts: Section 5. Surety Bonds and Undertakings.
Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

By the following instrument the chairman or the president has authorized the officer or other official named therein to appoint attorneys-in-fact:

Pursuant to Article XIII, Section 5 of the By-laws, Garnet W. Elliott, Assistant Secretary of Liberty Mutual Insurance Company, is hereby authorized to appoint such attorneys-in-fact as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

That the By-law and the Authorization set forth above are true copies thereof and are now in full force and effect.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Company and the corporate seal of Liberty Mutual Insurance Company has been affixed thereto in Plymouth Meeting, Pennsylvania this **12th** day of **January**, **2004**.

LIBERTY MUTUAL INSURANCE COMPANY

By _____
Garnet W. Elliott, Assistant Secretary

COMMONWEALTH OF PENNSYLVANIA   ss
COUNTY OF MONTGOMERY

On this **12th** day of **January**, **2004**, before me, a Notary Public, personally came **Garnet W. Elliott**, to me known, and acknowledged that he is an Assistant Secretary of Liberty Mutual Insurance Company; that he knows the seal of said corporation; and that he executed the above Power of Attorney and affixed the corporate seal of Liberty Mutual Insurance Company thereto with the authority and at the direction of said corporation.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

By _____
Notary Public

NOTARIAL SEAL
LINDA N. MILLER, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires February 6, 2006

*Not valid for mortgage, note, loan, letter of credit, bank deposit, currency rate, interest rate or residual value guarantees.*

*To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.*