Barry Milgrom, State Bar No. 99961
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3896
bmilgrom@luce.com

Proposed Attorneys for PAUL J. MANSDORF,
Trustee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>Defendant. | Case No. 3:07-cv-02507-SI<br><br>Chapter 7<br>Hon. Susan Illston<br><br>*EX PARTE* APPLICATION FOR AUTHORITY TO EMPLOY COUNSEL (Luce, Forward, Hamilton & Scripps, LLP) |

Paul J. Mansdorf, trustee in bankruptcy of the estate of Compass Fund Management, LLC, ("Applicant" or "Trustee"), respectfully represents:

1. On January 12, 2007, an involuntary petition was filed against Compass Fund Management, LLC in the United States Bankruptcy Court for the Northern District of California, Oakland Division, as Chapter 7 Case No. 07-40129 ("Bankruptcy Case"). On April 17, 2007, an order for relief was entered in the Bankruptcy Case. On May 10, 2007, this Court withdrew the bankruptcy reference, so that the Bankruptcy Case is now pending before this Court, not before the Bankruptcy Court. On July 13, 2007, the United States Trustee provided notice of the appointment of Applicant as the trustee of the estate of Compass Fund Management, LLC. The United States Trustee filed her notice in this case and the first entry in this case shows the withdrawal of the reference; as a result, Applicant is filing this Application in this case, in

1  accordance with the procedures that would be followed in the Bankruptcy Case.

2      2.    Applicant is the duly appointed, qualified and acting trustee in bankruptcy in the case of Compass Fund Management, LLC. Applicant desires to retain Luce, Forward, Hamilton & Scripps, LLP ("Proposed Counsel"), as his counsel in connection with all matters related to the Chapter 7 proceeding, including, but not limited to:

    (a) Assist and advise the Trustee concerning investigation, collection and liquidation of potential assets of the estate;

    (b) Assist and advise the Trustee regarding any transfers which may be avoidable under the provisions of the Bankruptcy Code;

    (c) If the Trustee requests, assist the Trustee in the objection to claims; and

    (d) Attend Court hearings related to the foregoing.

3.    Applicant desires to retain Proposed Counsel on the basis of its expertise in bankruptcy law and believes that retention of counsel is necessary and would be in the best interests of the estate.

4.    Proposed Counsel is a limited liability law partnership. To the best of Applicant's knowledge, Proposed Counsel has no connection with the debtor, creditors, or any other party in interest, their respective attorneys and/or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except as set forth in the declaration in support of this application filed concurrently ("Declaration"). Proposed Counsel does not presently represent any interest adverse to the Trustee or to the estate, except as set forth in the Declaration. Proposed Counsel is a disinterested person.

5.    Proposed Counsel generally charges on an hourly rate basis. The current rates charged by members of Proposed Counsel that are expected to render the majority of the services to Applicant are as follows:

| Name | Hourly Rate |
|---|---|
| Barry Milgrom | $480.00 |
| Michael A. Isaacs | $480.00 |
| Charles P. Maher | $450.00 |
| Diana L. Donabedian | $335.00 |
| Nhung Le | $295.00 |

1     Proposed Counsel's rates are subject to change from time to time, but generally not more than once per year.

2     6.   As a general rule, Proposed Counsel's billing practices are identical for bankruptcy and non-bankruptcy clients. The hourly rates on which Proposed Counsel bases its fees are generally the same for bankruptcy and non-bankruptcy clients but can be higher for non-court-appointed representations.

3     7.   Proposed Counsel is in compliance with the Bankruptcy Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees. It does not charge for its word processing and incoming telecopy costs. Additionally, Proposed Counsel's San Francisco office charges $0.20 per page for photocopying; other clients in Proposed Counsel's main office in San Diego are charged $0.15 per page for reimbursement of that expense. In some instances, Proposed Counsel assesses a charge on some out-of-pocket costs to reimburse it for administrative overhead expense; Proposed Counsel does not include such charges in bankruptcy fee applications.

WHEREFORE, Applicant prays for an Order authorizing the employment of Luce, Forward, Hamilton & Scripps LLP, as his counsel.

DATED: August 6, 2007

By: _____
Paul J. Mansdorf, Trustee in Bankruptcy of the estate of Compass Fund Management, LLC

DATED: July 25, 2007      LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
BARRY MILGROM
Proposed Attorneys for Paul J. Mansdorf,
Trustee in Bankruptcy of the estate of
Compass Fund Management, LLC

APPLICATION FOR AUTHORITY TO EMPLOY COUNSEL