Barry Milgrom, State Bar No. 99961
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3896
bmilgrom@luce.com

Proposed Attorneys for PAUL J. MANSDORF, Trustee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>            Defendant. | Case No. 3:07-cv-02507-SI<br><br>Chapter 7<br>Hon. Susan Illston<br><br>**DECLARATION OF PROPOSED COUNSEL IN SUPPORT OF *EX PARTE* APPLICATION FOR AUTHORITY TO EMPLOY COUNSEL**<br>(Luce, Forward, Hamilton & Scripps, LLP) |

I, Barry Milgrom, declare:

1.   I am a partner at the law firm of Luce, Forward, Hamilton & Scripps, LLP ("LFH&S").

2.   LFH&S is a large firm that has been serving the California community for over 130 years. As is common in a large firm representing thousands of clients over the years, LFH&S has represented clients who may have some connection to parties involved in a case. At my direction, LFH&S has performed a search in its computerized conflict resolution system for all debtors, all creditors and all parties to executory contracts or unexpired leases, as disclosed in the Schedules and Statement of Financial Affairs filed in this case and all parties to this case.

Based on our analysis, I am informed and believe that there are no conflicts or other

connections between LFH&S and debtors, creditors or parties in interest, or their attorneys or accountants, or the United States Trustee or any person employed in the Office of the United States Trustee which would impact the retention of LFH&S under the standards for employment of general bankruptcy counsel as set forth in 11 U.S.C. §327 and §101(14).

3. If the Trustee determines that any actual conflict arises or disputes any claim of an LFH&S client, LFH&S may seek conflict waivers or the Trustee may hire independent counsel.

4. Based on the above, I am informed and believe that LFH&S is a disinterested person and holds no interest adverse to the estate.

5. LFH&S has neither shared nor agreed to share any of the compensation it receives in this case with any person other than to share this compensation among its partners and employees.

I declare under penalty of perjury that the above statements are true and with respect to those matters stated on information and belief, I am informed and believe them to be true. This Declaration was executed in San Francisco, California on this 25th day of July 2007.

_____
BARRY MILGROM