Barry Milgrom, State Bar No. 99961
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3896
bmilgrom@luce.com

Proposed Attorneys for PAUL J. MANSDORF, Trustee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>Defendant. | Case No. 3:07-cv-02507-SI<br><br>Chapter 7<br>Hon. Susan Illston<br><br>**CERTIFICATE OF SERVICE** |

I, Fely Francisco Villadelgado, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is Luce, Forward, Hamilton & Scripps LLP, Rincon Center Two, 121 Spear Street, Suite 200, San Francisco, California 94105.

On the date of execution hereof, at my place of business, I served copies of the following:

**APPLICATION FOR AUTHORITY TO EMPLOY COUNSEL**
(Luce, Forward, Hamilton & Scripps, LLP )

**DECLARATION OF PROPOSED COUNSEL**
(Luce, Forward, Hamilton & Scripps, LLP)

**[proposed]
ORDER AUTHORIZING EMPLOYMENT OF COUNSEL**
(Luce, Forward, Hamilton & Scripps, LLP)

**CERTIFICATE OF SERVICE**

301012092.1

1
CERTIFICATE OF SERVICE

on the parties listed below:

☒ **BY MAIL**: By placing a true copy in an envelope addressed as shown to the parties below. I am familiar with Luce, Forward, Hamilton & Scripps LLP's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the close of business each day.

## PARTIES SERVED

Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Helane Leslie Morrison
U.S. Securities & Exchange Commission
San Francisco District Office
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 12, 2007, at San Francisco, California.

_____
Fely Francisco Villadelgado