Barry Milgrom, State Bar No. 99961
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3896
bmilgrom@luce.com

Proposed Attorneys for PAUL J. MANSDORF,
Trustee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>Defendant. | Case No. 3:07-cv-02507-SI<br><br>Chapter 7<br>Hon. Susan Illston<br><br>**ORDER AUTHORIZING EMPLOYMENT OF COUNSEL**<br>**(Luce, Forward, Hamilton & Scripps, LLP)** |

Upon the Application of Paul J. Mansdorf, Trustee in Bankruptcy of the estate of the above-named Debtor; and it

APPEARING that Luce, Forward, Hamilton & Scripps, LLP is qualified to represent the Trustee in these proceedings, that employment of counsel will be in the best interests of the estate, that counsel represents no interest adverse to the estate and that notice and a hearing are not necessary in connection with the Application; it is hereby

ORDERED that Paul J. Mansdorf, Trustee in Bankruptcy, is authorized, pursuant to 11 U.S.C. Section 327, to employ Luce, Forward, Hamilton & Scripps, LLP, as his counsel to assist him in all matters arising in or related to this Chapter 7 proceeding.

FURTHER ORDERED that no compensation shall be allowed or paid except pursuant to further Court order.

**END OF ORDER**

**COURT SERVICE LIST**

Barry Milgrom, Esq.
Luce, Forward, Hamilton & Scripps LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, California 94105-1582

Paul J. Mansdorf
1563 Solano Ave., #703
Berkeley, CA 94707

United States Trustee
Office of the U.S. Trustee
280 South First Street
San Jose, California 95113