IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD SEWON EHEE,<br><br>    Defendant.                             / | No. C 07-02507, 07-2508 and 07-2509 SI<br><br>**NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motions filed in the case numbers indicated in the caption are filed in cases that have been terminated since the cases were sent back to the Bankruptcy Court. See docket entry 43.

07/19/2007 - 43 CLERK'S NOTICE : upon granting the motion to withdraw the bankruptcy references, case numbers C-07-2507, C-07-2508, and C-07-2509 were fully resolved, and will therefore now be closed. The Court will provide the bankruptcy court with a copy of the Order withdrawing the bankruptcy refereces. Thereafter, the bankruptcy court will transfer the bankruptcy cases to this Court, and the transfered cases will be given new case numbers. (ts, COURT STAFF) (Filed on 7/19/2007) (Entered: 07/19/2007)

Dated: September 19, 2007                                         RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk