1  Barry Milgrom, State Bar No. 99961
   LUCE, FORWARD,
2  HAMILTON & SCRIPPS LLP
   Rincon Center II, 121 Spear Street, Suite 200
3  San Francisco, California 94105-1582
   Telephone No.: 415.356.4600
4  Fax No.: 415.356.3896
   bmilgrom@luce.com
5
   Attorneys for PAUL J. MANSDORF,
6  Trustee

7

8                  UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11
   SECURITIES AND EXCHANGE              Case No. 3:07-cv-02507-SI
12 COMMISSION,
                                        Chapter 7
13              Plaintiff,              Hon. Susan Illston

14 v.
                                        *EX PARTE* APPLICATION FOR
15 COMPASS FUND MANAGEMENT, LLC,        AUTHORITY TO EMPLOY
                                        ACCOUNTANT
16              Defendant.              (Bachecki, Crom & Company, LLP)

17

18       Paul J. Mansdorf, trustee in bankruptcy of the estate of Compass Fund Management, LLC,

19 ("Applicant" or "Trustee"), respectfully represents:

20       1.      On January 12, 2007, an involuntary petition was filed against Compass Fund

21 Management, LLC in the United States Bankruptcy Court for the Northern District of California,

22 Oakland Division, as Chapter 7 Case No. 07-40129 ("Bankruptcy Case").  On April 17, 2007, an

23 order for relief was entered in the Bankruptcy Case.  On May 10, 2007, this Court withdrew the

24 bankruptcy reference, so that the Bankruptcy Case is now pending before this Court, not before

25 the Bankruptcy Court.   On July 13, 2007, the United States Trustee provided notice of the

26 appointment of Applicant as the trustee of the estate of Compass Fund Management, LLC.  The

27 United States Trustee filed her notice in this case and the first entry in this case shows the

28 withdrawal of the reference; as a result, Applicant is filing this Application in this case, in

301012020.1                              1

accordance with the procedures that would be followed in the Bankruptcy Case.

2.    Applicant is the duly appointed, qualified and acting trustee in bankruptcy in the case of Compass Fund Management, LLC.  Applicant desires to retain Bachecki, Crom & Company, LLP, Certified Public Accountants ("Proposed Accountant"), as his accountant in connection with all matters related to the Chapter 7 proceeding, including, but not limited to:

    a)  investigation of recoverable transfers and financial activity of the Debtor;

    b)  to analyze as to avoidance issues, if necessary;

    c)  to prepare and file tax returns and perform tax analysis;

    d)  to analyze the tax impact of potential transactions, if necessary.

3.    Applicant desires to retain Proposed Accountant on the basis of its expertise in bankruptcy accounting and believes that retention of accountant is necessary and would be in the best interests of the estate.

4.    Proposed Accountant is a limited liability partnership. To the best of Applicant's knowledge, except as set forth in the declaration in support of this application filed concurrently ("Declaration") and detailed below, Proposed Accountant has no connection with the debtor, creditors, or any other party in interest, their respective attorneys and/or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, and does not presently represent any interest adverse to the Trustee or to the estate.  Proposed Accountant is a disinterested person.  **Proposed Accountant has recently been employed as accountant for Trustee Lois A. Brady in the related Chapter 7 case of Compass West Fund L.P. Bankruptcy Case No. 07-40130, District Court Case No. 3:0-cv-03997-SI.  Additionally, Proposed Accountant discloses the following information in the event that it is considered a connection:  Proposed Accountant serves as the accountants for one of the members of Luce Forward Hamilton & Scripps, the attorney for the Trustee in this case, and also serves as the accountants for one of the members of Stromsheim & Associates, the attorney for the trustee in the related Chapter 7 case of Compass West Fund L.P.**

5.    Proposed Accountant generally charges on an hourly rate basis. The current rates

charged by members of Proposed Accountants that are expected to render the majority of the services to Applicant are as follows:

| | |
|---|---|
| Partners | $300-375/hour |
| Senior Accountant | $220-290/hour |
| Junior Accountant | $120-180/hour |

Proposed Accountant's rates are subject to change from time to time, but generally not more than once per year.

6.    As a general rule, Proposed Accountant's billing practices are identical for bankruptcy and non-bankruptcy clients. The hourly rates on which Proposed Accountant bases its fees are generally the same for bankruptcy and non-bankruptcy clients but can be higher for non-court-appointed representations.

7.    Proposed Accountant is in compliance with the Bankruptcy Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees. It does not charge for its word processing and incoming telecopy costs.    Additionally, Proposed Accountant's office charges $0.20 per page for photocopying.

///
///
///
///
///
///
///
///
///
///
///

APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT

1     WHEREFORE, Applicant prays for an Order authorizing the employment of Bachecki,

2    Crom & Company, LLP, as his accountants.

3

4    DATED:  November 26, 2007

5

6                                                    By:  /s/ Paul J. Mansdorf
                                                         Paul J. Mansdorf, Trustee in Bankruptcy of the estate of
7                                                        Compass Fund Management, LLC

8
     DATED: November 28, 2007          LUCE, FORWARD, HAMILTON & SCRIPPS LLP
9

10
                                                     By:  _____/s/ Barry Milgrom_____
11                                                       BARRY MILGROM,
                                                         Attorney for Paul J. Mansdorf,
12                                                       Trustee in Bankruptcy of the estate of
                                                         Compass Fund Management, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28