Barry Milgrom, State Bar No. 99961
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3896
bmilgrom@luce.com

36071.00001

Proposed Attorneys for PAUL J. MANSDORF,
Trustee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>Defendant. | Case No. 3:07-cv-02507-SI<br><br>Chapter 7<br>Hon. Susan Illston<br><br>**CERTIFICATE OF SERVICE** |

I, Fely Francisco Villadelgado, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is Luce, Forward, Hamilton & Scripps LLP, Rincon Center Two, 121 Spear Street, Suite 200, San Francisco, California 94105.

On the date of execution hereof, at my place of business, I served copies of the following:

**EX PARTE APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT**
**(Bachecki, Crom & Company, LLP)**

**DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT**
**(Bachecki, Crom & Company, LLP)**

**[proposed]**
**ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT**
**(Bachecki, Crom & Company, LLP)**

1 on the parties listed below:

2 ☒   **BY MAIL**: By placing a true copy in an envelope addressed as shown to the parties below. I am familiar with Luce, Forward, Hamilton & Scripps LLP's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the close of business each day.

PARTIES SERVED

| | |
|---|---|
| Office of the United States Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 | Helane Leslie Morrison<br>U.S. Securities & Exchange Commission<br>San Francisco District Office<br>44 Montgomery Street, Suite 2600<br>San Francisco, CA 94104 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 29, 2007, at San Francisco, California.

_____/s/ Fely Francisco Villadelgado_____
Fely Francisco Villadelgado