1  Barry Milgrom, State Bar No. 99961
   LUCE, FORWARD,
2  HAMILTON & SCRIPPS LLP
   Rincon Center II, 121 Spear Street, Suite 200
3  San Francisco, California 94105-1582
   Telephone No.: 415.356.4600
4  Fax No.: 415.356.3896
   bmilgrom@luce.com
5
   Proposed Accountants for PAUL J. MANSDORF,
6  Trustee

7

8                 UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:07-cv-02507-SI |
12 | | Chapter 7 |
   | Plaintiff, | Hon. Susan Illston |
13 | | |
   | v. | |
14 | | **ORDER AUTHORIZING** |
   | COMPASS FUND MANAGEMENT, LLC, | **EMPLOYMENT OF ACCOUNTANT** |
15 | | (Bachecki, Crom & Company, LLP) |
   | Defendant. | |
16

17       PAUL J. MANSDORF ("Applicant"), the trustee herein, having filed the *Ex Parte*

18 Application for Order Authorizing Employment of Accountant and it appearing to the Court that

19 entry of such order is in the best interest of Applicant and this estate, and that the proposed

20 accountant, Bachecki, Crom & Co., LLP, Certified Public Accountants, is disinterested and

21 neither holds nor represents an interest adverse to Applicant, the Chapter 7 debtor or this estate

22 with respect to the specific matters for which employment is sought, and for good cause

23 appearing therefore, IT IS HEREBY ORDERED that Applicant is authorized to employ

24 Bachecki, Crom & Co., LLP, Certified Public Accountants, as the Trustee accountant to:

25       a)   investigate recoverable transfers and financial activity of the Debtor;

26       b)   analyze as to avoidance issues, if necessary;

27       c)   prepare and file tax returns and perform tax analysis;

28       d)   analyze the tax impact of potential transactions, if necessary.

IT IS FURTHER ORDERED that Bachecki, Crom & Co., LLP, CPA's be empowered to act, through its officers and employees, for and on behalf of the trustee and or the estate, to represent them before any taxing authority including the Internal Revenue Service and the California Franchise Tax Board, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate.

**END OF ORDER**

COURT SERVICE LIST

Jay D. Crom
Bachecki, Crom & Co. LLP
180 Montgomery Street, Suite 2340
San Francisco, CA 94104


PAUL J. MANSDORF, Trustee
1563 Solano Avenue #703
Berkeley, CA 94707


Barry Milgrom
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582


Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104