1   Barry Milgrom, State Bar No. 99961
    LUCE, FORWARD,
2   HAMILTON & SCRIPPS LLP
    Rincon Center II, 121 Spear Street, Suite 200
3   San Francisco, California 94105-1582
    Telephone No.: 415.356.4600
4   Fax No.: 415.356.3896
    bmilgrom@luce.com
5
    Proposed Accountants for PAUL J. MANSDORF,
6   Trustee

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  SECURITIES AND EXCHANGE              Case No. 3:07-cv-02507-SI
    COMMISSION,
12                                       Chapter 7
                 Plaintiff,              Hon. Susan Illston
13
    v.
14
    COMPASS FUND MANAGEMENT, LLC,        **ORDER AUTHORIZING**
15                                       **EMPLOYMENT OF ACCOUNTANT**
                 Defendant.              (Bachecki, Crom & Company, LLP)
16

17          PAUL J. MANSDORF ("Applicant"), the trustee herein, having filed the *Ex Parte*

18  Application for Order Authorizing Employment of Accountant and it appearing to the Court that

19  entry of such order is in the best interest of Applicant and this estate, and that the proposed

20  accountant, Bachecki, Crom & Co., LLP, Certified Public Accountants, is disinterested and

21  neither holds nor represents an interest adverse to Applicant, the Chapter 7 debtor or this estate

22  with respect to the specific matters for which employment is sought, and for good cause

23  appearing therefore, IT IS HEREBY ORDERED that Applicant is authorized to employ

24  Bachecki, Crom & Co., LLP, Certified Public Accountants, as the Trustee accountant to:

25          a)   investigate recoverable transfers and financial activity of the Debtor;

26          b)   analyze as to avoidance issues, if necessary;

27          c)   prepare and file tax returns and perform tax analysis;

28          d)   analyze the tax impact of potential transactions, if necessary.

1   IT IS FURTHER ORDERED that Bachecki, Crom & Co., LLP, CPA's be empowered to act,

2   through its officers and employees, for and on behalf of the trustee and or the estate, to represent

3   them before any taxing authority including the Internal Revenue Service and the California

4   Franchise Tax Board, to receive confidential information, to make written or oral presentations

5   of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which

6   the trustee is by law permitted, regarding any tax matter which may arise during the

7   administration of the estate.

8                           **END OF ORDER**

9                           *Susan Illston*

10

1

COURT SERVICE LIST

2

3
Jay D. Crom
Bachecki, Crom & Co. LLP
180 Montgomery Street, Suite 2340
San Francisco, CA 94104

4

5

6
PAUL J. MANSDORF, Trustee
1563 Solano Avenue #703
Berkeley, CA 94707

7

8
Barry Milgrom
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582

9

10

11
Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28