MARC J. FAGEL
JOHN S. YUN (yunj@sec.gov)
ERIC BROOKS (brookse@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Telecopy: (415) 705-2501

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   vs.<br><br>VIPER CAPITAL MANAGEMENT, LLC,<br>COMPASS FUND MANAGEMENT, LLC,<br>and EDWARD SEWON EHEE,<br><br>   Defendants,<br><br>   and<br><br>COMPASS WEST FUND, LP, VIPER<br>FOUNDERS FUND, LP, VIPER INVESTMENTS,<br>ALBERT EHEE, ROBERT EHEE and<br>JENNIFER EHEE,<br><br>   Relief Defendants. | Civil Action No.<br>C-06-6966-SI<br><br>(Related to Case Nos. C-07-2507-SI, C-07-2508-SI and C-07-2509-SI)<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S SECOND SUPPLEMENTAL STATUS REPORT ON SETTLEMENTS**<br><br>Date: Feb. 15, 2008<br>Time: 2:30 p.m.<br>Judge: Susan Illston<br>Courtroom: 10 |

## SECOND SUPPLEMENTAL STATUS REPORT ON SETTLEMENTS

Plaintiff Securities and Exchange Commission ("Commission") hereby provides the Court with a Supplemental Status Report on the settlements in the *Securities and Exchange Commission v. Viper Capital Management, LLC, et al.*, Case No. C-06-6966-SI, proceeding (the "*SEC Enforcement Action*"):

The Court has entered stipulated judgments in the Commission's case against defendants Edward Ehee and Viper Capital Management. The Commission has filed notices of dismissal as to relief defendants Jennifer Ehee, Albert Ehee, the Viper Founders Fund, Viper Investments and the Compass West Fund. A stipulation to dismiss the Commission's case against relief defendant Robert Ehee (as well as by AAG Roosevelt to dismiss its case against Robert Ehee) has been filed with the Court.

The Commission has filed – or will soon file – a consent by defendant Compass Fund Management to entry of a stipulated judgment against that defendant.

These various stipulations, notices and judgments resolve the Commission's claims in its case against all of the defendants and relief defendants. The only remaining issue in the *SEC Enforcement Action* is the distribution of the approximately $518,000 that was deposited into the court's registry from the proceeds of the sale of Edward and Jennifer Ehee's residence. At the current time, there is a dispute as to the propriety of recognizing a secured claim by a third party lender, Joong Yang, as to about $250,000 of those sale proceeds.

DATED: February 11, 2008

Marc J. Fagel
John S. Yun
Eric Brooks
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

P's Second Supp. Report re: Settlements
Civ C-06-6966-SI

1